# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HILLMAN, STEPHEN J. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Roybal Federal Building
255 East Temple Street, Rm 560
Los Angeles, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Association of Business Trial Lawyers |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | General American Life Insurance Co. - Taxable portion of the cash surrender value of life insurance policy | $25,937.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▮▮▮▮▮▮▮▮▮ - Salary |
| 2. 2013 | Self-Employed Educational Consultant |
| 3. 2013 | Required distribution from inherited IRA |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | April 12 through 14, 2013 | Del Mar, CA | Participate in board meeting | Transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Life Insurance | B | Interest | M | T | | | | | |
| 2. Teachers Ins. & Annuity Assoc | C | Dividend | N | T | | | | | |
| 3. Aurora Life Ins. | B | Interest | K | T | | | | | |
| 4. General American Life Ins. | B | Interest | | | Closed | 10/01/13 | L | E | |
| 5. Artisan International Fund | A | Dividend | J | T | | | | | |
| 6. Artisan International Fund | A | Dividend | J | T | | | | | |
| 7. Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 8. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 9. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 10. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 11. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 12. BlackRock Equity Dividend Fund | A | Dividend | | | Sold | 08/05/13 | J | A | |
| 13. BlackRock Equity Dividend Fund | A | Dividend | | | Sold | 08/05/13 | J | A | |
| 14. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | J | T | Sold (part) | 09/06/13 | J | A | |
| 15. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 16. BlackRock Equity Dividend Fund | A | Dividend | | | Sold | 08/19/13 | J | A | |
| 17. Morgan Stanley Instit. Mid Cap Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oakmark International Small Cap Fund | A | Dividend | J | T | | | | | |
| 19. PIMCO Total Return Fund | A | Dividend | J | T | Sold (part) | 04/29/13 | J | A | |
| 20. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 21. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | J | T | | | | | |
| 22. FMI Large Cap | A | Dividend | J | T | | | | | |
| 23. Loomis Sayles Small Cap Growth | A | Dividend | J | T | | | | | |
| 24. ASTON/River Road Independent Value | A | Dividend | J | T | | | | | |
| 25. MainStay Marketfield Fund | A | Dividend | J | T | | | | | |
| 26. MainStay Marketfield Fund | A | Dividend | J | T | | | | | |
| 27. RiverNorth Core Opportunity Fund | | None | | | Sold | 12/06/13 | J | A | |
| 28. FMI Large Cap | A | Dividend | J | T | | | | | |
| 29. ASTON/River Road Independent Value | A | Dividend | J | T | | | | | |
| 30. RiverNorth Core Opportunity Fund | | None | | | Sold | 12/06/13 | J | A | |
| 31. FMI Large Cap | A | Dividend | J | T | Sold (part) | 09/06/13 | J | A | |
| 32. ASTON/River Road Independent Value | A | Dividend | J | T | | | | | |
| 33. MainStay Marketfield Fund | A | Dividend | J | T | | | | | |
| 34. RiverNorth Core Opportunity Fund | | None | | | Sold | 12/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wasatch Emerging Markets Small Cap | A | Dividend | J | T | | | | | |
| 36. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy (add'l) | 04/30/13 | J | | |
| 37. DoubleLine Total Return Bond I | A | Dividend | J | T | | | | | |
| 38. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy (add'l) | 04/30/13 | J | | |
| 39. DoubleLine Total Return Bond I | A | Dividend | J | T | | | | | |
| 40. PIMCO Total Return Fund | A | Dividend | J | T | Sold (part) | 04/29/13 | J | A | |
| 41. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy (add'l) | 04/30/13 | J | | |
| 42. DoubleLine Total Return Bond I | A | Dividend | J | T | Sold (part) | 11/20/13 | J | A | |
| 43. PIMCO Total Return Fund | A | Dividend | | | Sold | 04/29/13 | K | A | |
| 44. RiverPark Short Term High Yield | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 45. Stone Ridge Reinsurance Risk Premium Fund | | None | J | T | Buy | 12/09/13 | J | | |
| 46. RiverPark Short Term High Yield | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 47. Stone Ridge Reinsurance Risk Premium Fund | | None | J | T | Buy | 12/09/13 | J | | |
| 48. RiverPark Short Term High Yield | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 49. Scout Unconstrained Bond Fund | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 50. Semper MBS Total Return | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 51. Stone Ridge Reinsurance Risk Premium Fund | | None | J | T | Buy | 12/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Yacktman Fund | A | Dividend | J | T | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HILLMAN, STEPHEN J. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN J. HILLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544